1  Griffith H. Hayes, Esq.
   Nevada Bar No. 7374
2  Martin A. Muckleroy, Esq.
   Nevada Bar No. 9634
3  **COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
    A Professional Corporation
4  3930 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169
5  Telephone: (702) 949-3100
   Facsimile: (702) 949-3104
6

7  **RIGRODSKY & LONG, P.A.**
   Seth D. Rigrodsky
   Brian D. Long
8  Timothy J. MacFall
   919 North Market Street, Suite 980
9  Wilmington, Delaware 19801
   Tel.: (302) 295-5310
10 Fax: (302) 654-7530

11 Counsel for Plaintiff

12

13                    UNITED STATES DISTRICT COURT

14
                             DISTRICT OF NEVADA
15

16 | JOHAN STOLTZ,                  ) Case No. 2:09-cv-02323-LDG-
                       Plaintiff,   ) PAL
17                                  )
          v.                        )
18                                  )
                                    )
19 | SINOENERGY CORPORATION, et al.,)
                                    )
20                                  ) **CERTIFICATE OF
                                    ) INTERESTED PARTIES IN
21                     Defendants,  ) COMPLIANCE WITH LOCAL
                                    ) RULE 7.1-1**
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25

26

27

28

405.0003  1038699.1

1  SINOENERGY CORPORATION, et al., by and through its undersigned counsel of record
2  and submits the following Certificate of Interested Parties in compliance with local rule 7.1-1. This
3  Defendant certifies that they have no knowledge of any interested parties other than those
4  participating in the above- captioned matter.

   These representations are made to enable judges of the court to evaluate possible
   disqualification or recusal.

   DATED this 22nd day of January, 2010

                                              COOKSEY, TOOLEN, GAGE, DUFFY &
                                              WOOG

                                              By: _____
                                              Griffith H. Hayes, Esq.
                                              Nevada Bar No. 7374
                                              Martin A. Muckleroy, Esq.
                                              Nevada Bar No. 9634
                                              3930 Howard Hughes Parkway, Suite 200
                                              Las Vegas, Nevada 89169
                                              Telephone: (702) 949-3100
                                              Facsimile: (702) 949-3104

                                              **RIGRODSKY & LONG, P.A.**
                                              Seth D. Rigrodsky
                                              Brian D. Long
                                              Timothy J. MacFall
                                              919 North Market Street, Suite 980
                                              Wilmington, Delaware  19801
                                              Tel.: (302) 295-5310
                                              Fax: (302) 654-7530

                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5 (b), I certify that I am an employee of COOKSEY, TOOLEN, GAGE, DUFFY & WOOG and that on this 22nd day of January, 2010 I electronically filed and served a true copy of **CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH LOCAL RULE 7.1-1** to all parties on file.

BY: _____
An Employee of Cooksey, Toolen, Gage, Duffy & Woog

1

405.0003  1038699.1